

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION TO EXTEND TIME

Appellate case name:    Hani Hafiz Ibrahim Qutiefan v. Lubna Abdelziz Safi a/k/a Lubna Aziz Safi

Appellate case number:    01-18-00425-CV

Trial court case number:    13-DCV-206211

Trial court:    505th District Court of Fort Bend County


Appellant, Hani Hafiz Ibrahim Qutiefan, has timely filed a motion for extension of time to file a motion for rehearing. *See* TEX. R. APP. P. 49.1, 49.8. Ten days have passed without a response from appellee, Lubna Abdelziz Safi a/k/a Lubna Aziz Safi. *See* TEX. R. APP. P. 10.3(a). Appellant's motion requests a two-year extension of time because of appellant's wish to obtain legal representation to prosecute his motion for rehearing, financial and medical hardships and restrictions caused by the COVID-19 pandemic, and "the too short period of time required to file the motion for rehearing." Appellant has not demonstrated a compelling need for such an extraordinary amount of additional time to file a motion for rehearing.

Accordingly, the Court **grants in part and denies in part** appellant's motion to extend time. The deadline for appellant to file a motion for rehearing is extended to **October 1, 2021.**

**NO FURTHER EXTENSIONS WILL BE GRANTED ABSENT A SHOWING OF EXTRAORDINARY CIRCUMSTANCES.**

It is so ORDERED.


Judge's signature:   /s/ April L. Farris
           ☑ Acting individually   ☐ Acting for the Court

Date: September 2, 2021